OPINION — AG — **** INTEREST RATES — ASSESSMENT ORDINANCE **** THE INTEREST RATES PROVIDED IN HOUSE BILL 1239, FIRST REGULAR SESSION, THIRTY FIFTH LEGISLATURE, CODIFIED AS 11
O.S. 1975 Supp., 103 [11-103] AND 11 O.S. 1975 Supp., 151 [11-151], ARE APPLICABLE TO BOTH ASSESSMENT ORDINANCE AND THE BOND RESOLUTION PROVIDED IN SECTIONS 103 AND 151, WHERE SAID ORDINANCE AND RESOLUTION WERE NOT ADOPTED PRIOR TO THE EFFECTIVE DATE OF HOUSE BILL 1239, THAT BEING SEPTEMBER 5, 1975. (MIKE MARTIN)